IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BETTY A. BROOKINS,

    Plaintiff

vs.

                      No. 04-2434-BV

CITIGROUP, INC.; CITIFINANCIAL
CREDIT COMPANY; CITIFINANCIAL,
INC.; ASSOCIATES FIRST CAPITAL
CORPORATION, NKA CITIGROUP,
INC. OR CITIFINANCIAL; ASSOCIATES
CORPORATION OF NORTH AMERICA;
ASSOCIATES FINANCIAL SERVICES
OF AMERICA, INC.; and ASSOCIATES
LIFE INSURANCE COMPANY

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court from the Stipulation of the parties pursuant to Rule 41 of the Federal Rules of Civil Procedure, that this cause should be dismissed with prejudice and it further appearing to the Court that the attorney's lien heretofore filed in this cause by attorney B.J. Wade has been satisfied and released.

IT IS ORDERED that this matter be, and it is hereby, dismissed with prejudice, the attorney's lien heretofore filed in this cause by attorney B.J. Wade having been fully satisfied and released.

Judge
Date: May 19, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:04-CV-02434 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Eugene J. Podesta
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Elizabeth Marie Fong Low
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

C. Lance Gould
P.O. Box 4160
Montgomery, AL 36103

Honorable J. Breen
US DISTRICT COURT