*UNITED STATES DISTRICT COURT*
# *WESTERN DISTRICT OF TENNESSEE*
# *WESTERN DIVISION*

FILED BY ___ D.C.
05 JUN -2 PM 4:23
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**BETTY A. BROOKINS,**

**Plaintiff,**

**v.**

**CITIGROUP, INC.; CITIFINANCIAL CREDIT COMPANY; CITIFINANCIAL, INC.; ASSOCIATES FIRST CAPITAL CORPORATION, NKA CITIGROUP, INC. OR CITIFINANCIAL; ASSOCIATES CORPORATION OF NORTH AMERICA; ASSOCIATES FINANCIAL SERVICES OF AMERICA, INC.;and ASSOCIATES LIFE INSURANCE COMPANY**

**Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 04-2434-B**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Of Dismissal With Prejudice entered on May 19, 2005, this cause is hereby dismissed with prejudice.**

**APPROVED:**

**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

6/2/05
**Date**

ROBERT R. DI TROLIO
**Clerk of Court**

**(By) Deputy Clerk**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-6-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:04-CV-02434 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

C. Lance Gould
P.O. Box 4160
Montgomery, AL 36103

Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Eugene J. Podesta
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Elizabeth Marie Fong Low
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT